UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

DARRYL G. WISE (#40721-066),        )        CASE NO. 4:06 CV 276
                                    )
          Plaintiff,                )        JUDGE JAMES S. GWIN
                                    )
     v.                             )
                                    )        ORDER
FEDERAL BUREAU OF PRISONS,          )
                                    )
          Defendant.                )


          This action was dismissed on June 6, 2006.  On August 30,

2006, plaintiff filed a Motion to Discontinue Deduction of Fee.

The Motion is without merit and is hereby denied.  See McGore v.

Wrigglesworth, 114 F.3d 601 (6th Cir. 1997).  The court certifies,

pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this order

could not be taken in good faith.

          IT IS SO ORDERED.


Dated: October 23, 2006              s/      James S. Gwin
                                     JAMES S. GWIN
                                     UNITED STATES DISTRICT COURT